Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY EARL HUGHES, individually and *dba* SID HUGHES DRYWALL, *aka* HUGHES DRYWALL,<br><br>Defendant. | Case No.: C10-5059 SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant SIDNEY EARL HUGHES, individually and doing business as SID HUGHES DRYWALL, also known as HUGHES DRYWALL. Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

/ / /

/ / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C10-5059 SBA

P:\CLIENTS\PATCL\Sid Hughes Drywall\Pleadings\C10-5059 SBA - Notice of Voluntary Dismissal 041311.DOC

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 13th day of April, 2011, at San Francisco, California.

        SALTZMAN & JOHNSON
        LAW CORPORATION

        By:_____/s/_____
          Michele R. Stafford
          Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date: 4/19/11                         _____*Sandra B. Armstrong*_____
                                        UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On April 13, 2011, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Sidney Earl Hughes, individually and *dba*
> Sid Hughes Drywall, *aka*
> Hughes Drywall
> 170 Anita Avenue
> Aptos, California 95003**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 13th day of April, 2011, at San Francisco, California.

　　　　　　　　　　　/s/　　　　　　　　　　
　　　　　　　　　Qui X. Lu